BEFORE THE SECOND DIVISION, MARCH 16, 1950

**No. 54123.**—Montgomery Ward & Co. *v.* United States, protest 482358–G (St. Paul).

Opinion by RAO, J. The protest was dismissed.

**No. 54124.**—Gimbel Bros., Inc., et al. *v.* United States, protests 563371–G, etc. (Milwaukee).

Opinion by RAO, J. The protests were dismissed.

**No. 54125.**—Atlas Cordage Co. *v.* United States, protests 992994–G, 992995–G, and 36957–K (Los Angeles).

Opinion by RAO, J. The protests were dismissed.

**No. 54126.**—Jordan Marsh Co. and R. H. White Co. *v.* United States, protests 69484–K and 61341–K (Boston).

Opinion by RAO, J. The protests were dismissed.

**No. 54127.**—J. E. Bernard & Co., Inc., et al. *v.* United States, protests 106437–K/91442, etc. (Chicago).

Opinion by RAO, J. The protests were dismissed.

**No. 54128.**—Mussman & Shafer, Inc. *v.* United States, protest 147289–K (Cleveland).

Opinion by RAO, J. The protest was dismissed.

**No. 54129.**—F. W. Myers & Company, Inc. *v.* United States, protest 149174–K (Detroit).

Opinion by RAO, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, MARCH 16, 1950

**No. 54130.**—Hopper McGow & Co. et al. *v.* United States, protests 731141–G, etc. (Baltimore).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.